UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BURTON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CRAIG KOENIG,<br><br>　　　　Respondent. | No. CV 20-10530-JVS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is granted without prejudice to Petitioner's ability to file a complaint under 42 U.S.C. § 1983. The court expresses no view on the merits of such a civil rights complaint.

DATED: September 24, 2021　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　United States District Judge