**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BERNARD BURTON,                )      No. CV 20-10530-JVS (AGR)
                              )
            Petitioner,        )
                              )      JUDGMENT
      v.                       )
                              )
CRAIG KOENIG,                  )
                              )
            Respondent.        )
_____)

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge

IT IS ADJUDGED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is granted without prejudice to Petitioner's ability to file a complaint under 42 U.S.C. § 1983.  The court expresses no view on the merits of such a civil rights complaint. This action is dismissed without prejudice.

DATED: September 24, 2021

_____
JAMES V. SELNA
United States District Judge